UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD LOID and GINGER LOID, a marital community,<br><br>            Plaintiffs,<br><br>    v.<br><br>COMPUTER SCIENCES CORPORATION, a Nevada corporation, HEIDI JARRETT, and JUSTINE JARRETT,<br><br>            Defendants. | No.  CV-13-5111-EFS<br><br>**ORDER DISMISSING CASE** |

On November 27, 2013, the parties filed a stipulated dismissal, ECF No. 11.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.**     The parties' Stipulation of Dismissal, **ECF No. 11**, is **GRANTED.**

**2.**     All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.**     All pending motions are **DENIED AS MOOT.**

**4.**     All hearings and other deadlines are **STRICKEN.**

**5.**     The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   3rd   day of December 2013.

                              s/ Edward F. Shea
                              EDWARD F. SHEA
                    Senior United States District Judge

Q:\EFS\Civil\2013\5111.stip.dismissal.lc2.docx

ORDER DISMISSING CASE - 1